Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, Montana 59101
Telephone: (406) 403-7066
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

Aaron Bieber
The Law Offices of Aaron Bieber PLLC
P.O. Box 1017
Saratoga, WY 82331
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com

*Attorneys for Plaintiff Phoenix Energy One, LLC*

John M. Newman
Assistant U.S. Attorney
U.S. Attorney's Office
PO Box 8329
Missoula, MT 59807
Phone: (406) 829-3336
john.newman@usdoj.gov

*Attorney for Defendant United States of America*

Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1200
P.O. Box 639
Billings, Montana 59103-0639
Telephone: 406.252.2166
Fax: 406.252.1669
BCMcClafferty@hollandhart.com

Matthew J. Salzman, Pro Hac Vice
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: 913.558.1221
MJSalzman@hollandhart.com

Utsarga Bhattarai, Pro Hac Vice
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8168
UBhattarai@hollandhart.com

*Attorneys for Kraken Oil & Gas, LLC and
Kraken Operating, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC, | ) ) ) ) | Cause No. CV-25-65-BLG-TJC |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **STATEMENT OF STIPULATED FACTS** |
| KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties Plaintiff Phoenix Energy One, LLC f/k/a Phoenix Capital Group Holdings, LLC ("Phoenix"), Defendant Kraken Oil and Gas, LLC ("Kraken O&G"), Defendant Kraken Operating, LLC ("Kraken Operating"), and Defendant United States Bureau of Land Management ("BLM"), by and through their respective attorneys of record, submit the following Statement of Stipulated Facts as required by Local Rule 16.2(b)(3) and the Court's August 5, 2025 Order (Doc. 24):

1.      Phoenix is a Delaware limited liability company with its principal place of business located in Irvine, California.

2.      Kraken O&G is a Delaware limited liability company with its principal place of business located in Houston, Texas.

3.      Kraken Operating is a Texas limited liability company with its principal place of business located in Houston, Texas.

4.      BLM is an agency within the United States Department of Interior responsible for administering U.S. federal lands.

5.      This case involves an undivided one half (1/2) interest of the oil, gas and associated hydrocarbons in certain lands in Richland County, Montana, more particularly described as follows:

<u>Township 26 North, Range 59 East, MPM</u>
Section 21: W1/2NW1/4 and NW1/4SW1/4

(the "Lands").

6.      The surface estate is privately owned, and the United States owns an undivided one-half (1/2) of the oil, gas and associated hydrocarbons in the Lands (the "Federal Minerals").

7.      The other undivided one-half (1/2) of the oil, gas and associated hydrocarbons in the Lands is privately owned, and Kraken Oil and/or Kraken Operating (collectively, "Kraken") have leased most of that other interest from the private owners.

8.      Kraken O&G leased the Federal Minerals in 2018.

9.      There are three oil and gas wells producing from the Lands or other lands pooled with the Lands: The Dagney 21-28 #1H well, the Dagney 33-21 #3H well, and the Dagney 33-21 #4H well (collectively, the "Wells").

10.     The Dagney 21-28 #1H well was spud in December 2017 and began producing in June 2018.

11.     On December 13, 2018, Sections 21 and 28 of Township 26 North, Range 59 East were pooled by the Montana Board of Oil and Gas Conservation ("MBOGC") (the "21-28 Pooling Order").

12.     The Dagney 33-21 #3H well and the Dagney 33-21 #4H well were both spud in October 2020, and both began producing in January 2021.

3

13.    Kraken and the BLM entered into a Communitization Agreement, MTM 111087 (the "Original CA").

14.    On April 8, 2021, Kraken submitted its Application to MBOGC for Permanent Spacing Unit and Application for Compulsory Pooling for the Wells, to create a permanent spacing unit for the Wells and to pool oil and gas in all Sections 21, 28, and 33 in Township 26 North, Range 59 East.

15.    On September 21, 2021, Kraken proposed that BLM enter into a Compensatory Royalty Agreement (a "CRA") for the then unleased Federal Minerals.  BLM denied Kraken's request.

16.    Kraken appealed BLM's decision not to enter into a CRA to the Interior Board of Land Appeals ("IBLA") of the United States Department of the Interior.

17.    The IBLA issued a decision in 2022.

18.    BLM and Kraken did not subsequently enter into a CRA after the 2022 IBLA decision.

19.    Kraken and the BLM entered into an Amended Communitization Agreement for the Dagney 21-28 #1H well (the "Amended CA").

20.    Kraken and the BLM entered into a new Communitization Agreement, MTM 112222 for the Dagney 33-21 #4H and Dagney 33-21 #3H wells (the "New CA").

21.    In August 2024, BLM offered for competitive bidding leases of multiple parcels, including the Federal Minerals (the "Lease Sale"). BLM's lease-sale notice was issued in May and updated in August before the Lease Sale.

22.    Phoenix submitted the winning bid and was awarded a lease for the Federal Minerals on September 19, 2024, effective as of October 1, 2024 (the "Phoenix Lease").

23.    After Phoenix was awarded the Lease, it reached out to Kraken for an accounting for the Wells.

24.    Kraken declined to provide Phoenix with an accounting for the Wells for the period prior to October 1, 2024.

25.    Kraken does not have a lease covering the Federal Minerals.

Dated this 16th day of September, 2025

<div style="margin-left:45%">

COUNSEL FOR PLAINTIFF PHOENIX ENERGY ONE, LLC

/s/Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Ave. N., Suite 225
Billings, MT 59101

Aaron Bieber
The Law Offices of Aaron Bieber PLLC
2245 Texas Drive
Suite 300
Sugar Land, TX 77479
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com
*Admitted Pro Hac Vice*

COUNSEL FOR DEFENDANTS KRAKEN OIL AND GAS, LLC and KRAKEN OPERATING, LLC

/s/ Brianne C. McClafferty
Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, suite 1200
Billings, MT 59103-0639
Telephone: (406) 252-2166
BCMcClafferty@hollandhart.com

</div>

6

/s/ Matthew J. Salzman
Matthew J. Salzman
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: (913) 558-1211
MJSalzman@hollandhart.com

Utsarga Bhattarai
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 803202-3921
Telephone: (303) 295-8168
UBhattarai@hollandhart.com

COUNSEL FOR DEFENDANT UNITED
STATES BUREAU OF LAND
MANAGEMENT

/s/ John M. Newman
John M. Newman
Assistant U.S. Attorney
U.S. Attorney's Office
PO Box 8329
Missoula, MT 59807
Phone: (406) 829-3336
john.newman@usdoj.gov

7

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, the foregoing was served by the Clerk of the U.S. District Court of Montana, Billings Division, through the Court's CM/ECF system, which sent a notice of electronic filing to all counsel of record.

<div style="text-align: right">

s/ Adrian A. Miller
Adrian A. Miller

</div>