Adrian A. Miller
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, Montana 59101
Telephone: (406) 403-7066
adrian.miller@sullivanmiller.com

Aaron Bieber  *Pro Hac Vice*
The Law Offices of Aaron Bieber PLLC
P.O. Box 1017
Saratoga, WY 82331
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com

*Attorneys for Plaintiff Phoenix Energy One, LLC*

John M. Newman
Assistant U.S. Attorney
U.S. Attorney's Office
PO Box 8329
Missoula, MT 59807
Phone: (406) 829-3336
john.newman@usdoj.gov

*Attorney for Defendant United States of America*

Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1200
P.O. Box 639
Billings, Montana 59103-0639
Telephone: 406.252.2166
Fax: 406.252.1669
BCMcClafferty@hollandhart.com

Matthew J. Salzman, *Pro Hac Vice*
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: 913.558.1221
MJSalzman@hollandhart.com

Utsarga Bhattarai, *Pro Hac Vice*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8168
UBhattarai@hollandhart.com

*Attorneys for Defendants Kraken Oil & Gas, LLC and Kraken Operating, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Cause No. CV-25-65-BLG-TJC <br><br> **JOINT DISCOVERY PLAN** |

In accordance with the Court's Fed. R. Civ. P. 26(f) Order, the Parties provide this preliminary Discovery Plan.

## I.    RULE 26(f) CONFERENCE

Pursuant to the Court's Order Setting Preliminary Pretrial Conference, ECF No. 24, the Parties conducted a Rule 26(f) conference on August 25, 2025, and further consulted by email thereafter which was attended by the following attorneys:

Adrian A. Miller
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, Montana 59101
Telephone: (406) 403-7066
adrian.miller@sullivanmiller.com

Aaron Bieber
The Law Offices of Aaron Bieber PLLC
P.O. Box 1017
Saratoga, WY 82331
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com

*Attorneys for Plaintiff Phoenix Energy One, LLC f/k/a Phoenix Capital Group Holdings, LLC*

Matthew J. Salzman
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: (913) 558-1211
MJSalzman@hollandhart.com

Utsarga Bhattarai
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 803202-3921
Telephone: (303) 295-8168
UBhattarai@hollandhart.com

*Attorneys for Defendants Kraken Oil & Gas, LLC and Kraken Operating, LLC*

John M. Newman
Assistant U.S. Attorney
U.S. Attorney's Office
PO Box 8329
Missoula, MT 59807
Phone: (406) 829-3336
john.newman@usdoj.gov

*Attorney for Defendant United States of America*

## II.    SUBJECTS AND NATURE OF DISCOVERY

### A.    DISCOVERY BY PLAINTIFF

Plaintiff will need to conduct discovery on the following:

- BLM's policies, procedures, and practices regarding Communitization Agreements ("CA"s).
- BLM's policies, procedures, and practices regarding Compensatory Royalty Agreement ("CRA"s).
- Information and accounting on any federal trust account associated with royalties from the federal minerals at issue in this case.
- The background, including external and internal communications, that lead to BLM's decision to enter into CAs with Kraken Oil and Gas, LLC and/or Kraken Operating, LLC (collectively, "Kraken") regarding the federal minerals in this case.
- The determination by the BLM to not enter into a CRA with Kraken for the federal minerals in this case.
- All non-privileged documents related to Kraken's challenge of BLM's decision not to enter into a CRA with Kraken for the federal minerals.
- The decision by BLM to enter into CAs with Kraken instead of a CRA after the IBLA decision, including information on who drafted those CAs.
- Accounting information from spud date forward for all wells that are the subject of this case.
- BLM's decision to lease the federal minerals after entering into the CAs with Kraken
- All documents publicly issued by BLM as part of the bidding process for the federal minerals
- All documents and communications concerning the wells and the federal minerals at issue in this litigation.

### B.    DISCOVERY BY KRAKEN DEFENDANTS

Defendant Kraken Oil and Gas, LLC and Kraken Operating, LLC will need to conduct discovery on the following:

- Negotiation, execution, and meaning of the CAs

3

- BLM's policies, procedures and practices concerning CAs and leasing of federal minerals in producing spacing units
- BLM's 2024 lease auction process, bids received, and awarding the lease to Phoenix
- BLM's policies, procedures and practices concerning lease auctions
- Phoenix's decision and diligence to bid on and acquire its lease
- Phoenix's communications with BLM about the lease or the CAs
- Phoenix's policies, procedures and practices concerning leasing or other interest acquisition
- Documents and communications concerning the subject matter of the parties' pleadings
- Accounting information for the production expenses and revenues associated with the leased minerals at issue
- Phoenix's alleged damages

## C.    DISCOVERY BY DEFENDANT U.S. BLM

The United States believes the above-listed topics capture the extent of any necessary discovery.

## D.    ELECTRONICALLY STORED INFORMATION

Parties have executed and will file a stipulated protective order that will address discovery of ESI, the format for any production of ESI, and actions to be taken to preserve ESI, etc.  *See* Fed. R. Civ. P. 26(f)(3) and 26(b)(2)(B).

## III.   DISCOVERY SCHEDULE

### A.    FACT DISCOVERY

Pursuant to Rule 26(d), a party may commence discovery immediately upon providing its Rule 26(a)(1) Initial Disclosure to opposing parties.

The Parties agree to the limits imposed by Rule 30 and to limit interrogatories to 25 as provided in Rule 33.

Fact discovery shall be completed by **June 30, 2026**.

Expert discovery shall be completed by **December 11, 2026**.

B.      RULE 26(a)(1) INITIAL DISCLOSURES

The parties will exchange the initial discovery disclosures required by Rule 26(a)(1) by **October 7, 2025**.

C.      DEADLINE TO ADD PARTIES

The deadline for adding parties is **October 7, 2025**. The deadline for amending the pleadings is **October 7, 2025**.

D.      EXPERT DISCOVERY

Each Party shall serve liability expert reports as required by Rule 26(a)(2) by **July 31, 2026**.  Each party shall serve rebuttal liability expert reports by **September 15, 2026**.

Plaintiff shall serve its damages expert report, if any, on **July 31, 2026**. Defendant shall serve its damages expert report, if any, on **September 15, 2026**. Plaintiffs shall serve it rebuttal damages expert report, if any, on **October 15, 2026**.

D.      MOTIONS

1.      All dispositive motions shall be filed on or before **February 26, 2027**.

2.    Each party shall have 30 days to respond to dispositive motions.

3.    Each party shall have 15 days to file a reply brief.

Dated this 16th day of September, 2025

COUNSEL FOR PLAINTIFF PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC

/s/ Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Ave. N., Suite 225
Billings, MT 59101

Aaron Bieber, *Pro Hac Vice*
The Law Offices of Aaron Bieber PLLC
2245 Texas Drive
Suite 300
Sugar Land, TX 77479
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com

COUNSEL FOR DEFENDANTS KRAKEN OIL AND GAS, LLC and KRAKEN OPERATING, LLC

/s/ Brianne C. McClafferty
Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, suite 1200
Billings, MT 59103-0639
Telephone: (406) 252-2166
bcmcclafferty@hollandhart.com

6

/s/ Matthew J. Salzman
Matthew J. Salzman, *Pro Hac Vice*
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: (913) 558-1211
MJSalzman@hollandhart.com

Utsarga Bhattarai, *Pro Hac Vice*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 803202-3921
Telephone: (303) 295-8168
UBhattarai@hollandhart.com

COUNSEL FOR DEFENDANT UNITED
STATES BUREAU OF LAND
MANAGEMENT

/s/ John M.
Newman
John M. Newman
Assistant U.S. Attorney
U.S. Attorney's Office
PO Box 8329
Missoula, MT 59807
Phone: (406) 829-3336
john.newman@usdoj.gov

7