JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 829-3336
Email: john.newman@usdoj.gov

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC,<br><br>Plaintiff,<br>vs.<br><br>KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | CV 25-65-BLG-TJC<br><br><br>DEFENDANT UNITED STATES BUREAU OF LAND MANAGEMENT'S MOTION TO DISMISS |

1

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant United States Bureau of

Land Management moves to dismiss Plaintiff's claims for lack of subject matter

jurisdiction.   A supporting brief accompanies this motion.

DATED this 12th day of December, 2025.

KURT G. ALME
United States Attorney


/s/ John M. Newman
Assistant U.S. Attorney
Attorney for Defendant BLM

2