# EXHIBIT C

FORM NO. 22  R 10/09

**SUBMIT IN QUADRUPLICATE TO:**

ARM 36.22.307
ARM 36.22.601

**MONTANA BOARD OF OIL AND GAS CONSERVATION**
**2535 ST. JOHNS AVENUE, BILLINGS, MONTANA  59102**

Application for Permit To:

| | | | | | |
|---|---|---|---|---|---|
| Drill | [x] | Deepen | [ ] | Re-enter | [ ] |
| Oil | [x] | Gas | [ ] | Other _____ | [ ] |

Operator:   Kraken Operating LLC
Address: 9821 Katy Freeway Suite 460
City:  Houston          State: TX          Zip:   77024
Telephone Number:        713-360-7705

Surface Location of Well (quarter-quarter and footage measurements):
NW NW Sec 21 T26N R59E, 427' FNL 245' FWL

Proposed Total Depth and Bottom-hole Location(s) if directional or horizontal well:
TD 20,535' MD, 10,311' TVD          1380
SW SW Sec 28 T26N R59E, 200' FSL, 550' FWL

Lease Name:
Dagney 21-28

Lease Type (Private/State/Federal):
Private

Well Number:
#1H

Field Name or Wildcat: **RECEIVED**
Wildcat

Unit Name (if applicable):   **SEP 12 2017**
N/A

Objective Formation(s) MONTANA BOARD OF OIL & GAS CONSERVATION • BILLINGS
Bakken

Township, Range, and Section:
Sec 21 T26N R59E

County:
Richland County, MT

Elevation (indicate GL or KB):
1984' GL

| Size and description of drilling/spacing unit and applicable order, if any: | Formation at total depth: | Anticipated Spud Date: |
|---|---|---|
| 1280 acres (Sections 21 & 28, T26N-R59E)/Order 22-2017 | Bakken | 1/3/2018 |

| Hole Size | Casing Size | Weight / Foot | Grade (API) | Depth | Sacks of Cement | Type of Cement |
|---|---|---|---|---|---|---|
| 13 1/2 | 9 5/8 | 36 | J-55 | 1800' | 500 | See Attached |
| 8 3/4 | 7 | 29# and 32# | P-110 | 10746' | 640 | See Attached |
| 6 | 4 1/2 | 11.6# | P-110 | 9707'-20535' | 610 | See Attached |

Describe Proposed Operations:
Describe or attach labeled diagram of blowout preventer equipment.  Indicate if air drilled or describe mud program.
This is to renew original permit (API# 25-083-23348

**BOARD USE ONLY**

Approved (date)   SEP 19 2017          Permit Fee   $150.00
By   _____          Check Number   22054
Title   Petroleum Engineer          Permit Expires  MAR 19 2018
          Permit Number   322016

THIS PERMIT IS SUBJECT TO THE
CONDITIONS OF APPROVAL
STATED ON THE BACK

API Number: 25 - 083 - 23348

The undersigned hereby certifies that the information contained on this application is true and correct:
Signed (Agent)   Ryan
Title          Petroleum Engineer
Date          9/7/2017
Telephone Number          979-292-6279

Samples Required:          NONE   ✓   ALL _____   FROM _____ feet to _____ feet
Core chips to address below, full cores to USGS, Core Laboratory, Arvada, CO.  Required samples must be **washed, dried** and delivered prepaid to:
Montana Board of Oil and Gas Conservation
2535 St. Johns Avenue
Billings, MT  59102

PHX 000078

# T26N, R59E, P.M.M.

**LEGEND:**
- ⌐ = 90° SYMBOL
- ● = PROPOSED WELLHEAD.
- ○ = TARGET BOTTOM HOLE.
- ▲ = SECTION CORNERS LOCATED.
- △ = SECTION CORNERS RE-ESTABLISHED. (Not Set on Ground.)

YPC    S89°43'05"W – 2644.36' (Meas.)    Stone    S89°43'10"W – 2637.88' (Meas.)    YPC

200' SETBACK BOUNDARY

245'    427'

**DAGNEY 21-28 #1H**
*Elev. Ungraded Ground = 1982.4'*

N00°12'16"W – 5291.89' (Meas.)

S00°31'45"E – 2722.35' (Meas.)

**21**    Alum. Cap

S00°14'04"W – 2633.05' (Meas.)

Stone    N89°35'35"W – 5277.80' (Meas.)    Alum. Cap

S00°15'37'51"E – 993.06'

DRILLING UNIT BOUNDARY

500' SETBACK BOUNDARY

N00°12'42"W – 5282.42' (Meas.)

S00°07'31"E – 5230.16' (Meas.)

**28**

Changed to 1380

Target Bottom Hole
9947' SOUTH OF WELL
341' EAST OF WELL

550'

Alum. Cap    S89°52'34"W 2626.48' (Meas.)    200'    Stone    S89°48'12"W – 2643.11' (Meas.)    Alum. Cap

SCALE: 1000' 500' 0' 1000'

| NAD 83 (TARGET BOTTOM HOLE) | NAD 83 (SURFACE LOCATION) |
|---|---|
| LATITUDE = 47°58'10.60" (47.969611) | LATITUDE = 47°59'48.77" (47.996881) |
| LONGITUDE = 104°06'54.03" (104.115008) | LONGITUDE = 104°06'58.32" (104.116200) |

| NAD 27 (TARGET BOTTOM HOLE) | NAD 27 (SURFACE LOCATION) |
|---|---|
| LATITUDE = 47°58'10.53" (47.969592) | LATITUDE = 47°59'48.70" (47.996861) |
| LONGITUDE = 104°06'52.26" (104.114517) | LONGITUDE = 104°06'56.54" (104.115706) |

RECEIVED

SEP 12 2017

MONTANA BOARD OF OIL & GAS CONSERVATION ∘ BILLINGS

**CERTIFICATE**
THIS IS TO CERTIFY THAT THE ABOVE PLAT WAS PREPARED FROM FIELD NOTES OF ACTUAL SURVEYS MADE BY ME OR UNDER MY SUPERVISION AND THAT THE SAME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

MONTANA — TROY JENSEN — 15258 LS — PROFESSIONAL LICENSED LAND SURVEYOR

REGISTERED LAND SURVEYOR
REGISTRATION NO. 15258
STATE OF MONTANA

**BASIS OF BEARINGS**
BASIS OF BEARINGS IS A G.P.S. OBSERVATION
VERTICAL CONTROL DATUM: NAVD88

N
TRUE NORTH

**KRAKEN OPERATING LLC**

**DAGNEY 21-28 #1H**
NW 1/4 NW 1/4, SECTION 21, T26N, R59E, P.M.M.
RICHLAND COUNTY, MONTANA

| | |
|---|---|
| SURVEYED BY: JQ, T.B. | SURVEY DATE: 07-08-15 |
| DRAWN BY: T.B. | DATE DRAWN: 08-19-15 |
| SCALE: 1" = 1000' | REVISED: 00-00-00 |

**WELL LOCATION PLAT**

UINTAH
ENGINEERING & LAND SURVEYING
**UELS, LLC**
Corporate Office * 85 South 200 East
Vernal, UT 84078 * (435) 789-1017

PHX 000079

# T26N, R59E, P.M.M.

**LEGEND:**

⌐ = 90' SYMBOL

● = PROPOSED WELLHEAD.

○ = TARGET BOTTOM HOLE.

▲ = SECTION CORNERS LOCATED.

△ = SECTION CORNERS RE-ESTABLISHED. (Not Set on Ground.)



SURFACE LOCATION 427' FNL 245' FWL

21

28

TARGET BOTTOM HOLE 200' FSL 550' FWL

changed to 1360



RECEIVED

SEP 1 2 2017

MONTANA BOARD OF OIL & GAS CONSERVATION • BILLINGS

1000'  500'  0  1000'

| NAD 83 (TARGET BOTTOM HOLE) | NAD 83 (SURFACE LOCATION) |
|---|---|
| LATITUDE = 47°58'10.60" (47.969611) | LATITUDE = 47°59'48.77" (47.996881) |
| LONGITUDE = 104°06'54.03" (104.115008) | LONGITUDE = 104°06'58.32" (104.116200) |
| NAD 27 (TARGET BOTTOM HOLE) | NAD 27 (SURFACE LOCATION) |
| LATITUDE = 47°58'10.53" (47.969592) | LATITUDE = 47°59'48.70" (47.996861) |
| LONGITUDE = 104°06'52.26" (104.114517) | LONGITUDE = 104°06'56.54" (104.115706) |

**BASIS OF BEARINGS**

BASIS OF BEARINGS IS A G.P.S. OBSERVATION

VERTICAL CONTROL DATUM: NAVD88

**CERTIFICATE**

THIS IS TO CERTIFY THAT THE ABOVE PLAT WAS PREPARED FROM FIELD NOTES OF ACTUAL SURVEYS MADE BY ME OR UNDER MY SUPERVISION AND THAT THE SAME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

TROY JENSEN 15258 LS

REGISTERED LAND SURVEYOR REGISTRATION NO. 15258 STATE OF MONTANA

**KRAKEN OPERATING LLC**

DAGNEY 21-28 #1H NW 1/4 NW 1/4, SECTION 21, T26N, R59E, P.M.M. RICHLAND COUNTY, MONTANA

| | |
|---|---|
| SURVEYED BY: OO, T.B. | SURVEY DATE: 07-08-15 |
| DRAWN BY: T.B. | DATE DRAWN: 08-19-15 |
| SCALE: 1" = 1000' | REVISED: 00-00-00 |

**SECTION BREAKDOWN**



**UELS, LLC**

Corporate Office * 85 South 200 East Vernal, UT 84078 * (435) 789-1017

UINTAH ENGINEERING & LAND SURVEYING

N

TRUE NORTH

PHX 000080