# EXHIBIT D

BEFORE THE BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA

UPON THE APPLICATION OF KRAKEN OIL & GAS LLC TO          ORDER 77-2018
DESIGNATE A PERMANENT SPACING UNIT COMPRISED OF ALL
OF SECTIONS 21 AND 28, T26N-R59E, RICHLAND COUNTY,
MONTANA, FOR THE PRODUCTION OF OIL AND ASSOCIATED
NATURAL GAS FROM THE BAKKEN/THREE FORKS FORMATION
WITH RESPECT TO THE DAGNEY 21-28 #1H WELL.

Docket No. 85-2018

### Report of the Board

The above entitled cause came on regularly for hearing on December 13, 2018, at the Board's hearing room at 2535 St. Johns Avenue in Billings, Montana, pursuant to the order of the Board of Oil and Gas Conservation of the State of Montana, hereinafter referred to as the Board. At this time and place testimony was presented, statements and exhibits were received, and the Board then took the cause under advisement; and, the Board having fully considered the testimony, statements, exhibits, and all things and matters presented to it for its consideration by all parties in the Docket, and being well and fully advised in the premises, finds and concludes as follows:

### Findings of Fact

1. Due, proper and sufficient notice was published and given of this matter, the hearing hereon, and of the time and place of said hearing, as well as the purpose of said hearing; all parties were afforded an opportunity to present evidence, oral and documentary.

2. The lands described in the caption were designated a temporary spacing unit for production from the Bakken/Three Forks interval by Montana Board of Oil and Gas Conservation Order 6-2006. Applicant has completed the Dagney 21-28 #1H well as a producing well.

3. The evidence indicates that granting the application will serve to protect correlative rights and be in the interest of conservation of oil and gas in the State of Montana.

### Conclusions of Law

The Board concludes that the applicant demonstrated the requirements of § 82-11-201, MCA have been met.

### Order

IT IS THEREFORE ORDERED by the Board that all of Sections 21 and 28, T26N-R59E, Richland County, Montana, is designated a permanent spacing unit for production of oil and associated natural gas from the Bakken/Three Forks Formation from the Dagney 21-28 #1H well.

IT IS FURTHER ORDERED that a federal communitization agreement for spacing units which contain both federal and non-federal land shall be submitted to the authorized officer of the Bureau of Land Management prior to or upon completion of a producible well.

Kraken_000020

BOARD ORDER NO. 77-2018

       Done and performed by the Board of Oil and Gas Conservation of the State of Montana at Billings, Montana, this 13th day of December, 2018.

BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA

_____
Ronald S. Efta, Chairman

_____
Steven Durrett, Vice-Chairman

_____
Paul Gatzemeier, Board Member

_____
Mac McDermott, Board Member

_____
Dennis Trudell, Board Member

_____
Corey Welter, Board Member

ATTEST:


_____
Jennifer Breton, Program Specialist

Kraken_000021