# EXHIBIT E

BEFORE THE BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA


UPON THE APPLICATION OF KRAKEN OIL & GAS LLC TO POOL ALL INTERESTS IN THE PERMANENT SPACING UNIT COMPRISED OF ALL OF SECTIONS 21 AND 28, T26N-R59E, RICHLAND COUNTY, MONTANA, FOR THE PRODUCTION OF OIL AND ASSOCIATED NATURAL GAS FROM THE BAKKEN/THREE FORKS FORMATION AND TO AUTHORIZE THE RECOVERY OF NON-CONSENT PENALTIES IN ACCORDANCE WITH SECTION 82-11-202(2), M.C.A., WITH RESPECT TO THE DAGNEY 21-28 #1H WELL.

ORDER 78-2018

Docket No. 86-2018

### Report of the Board

The above entitled cause came on regularly for hearing on December 13, 2018, at the Board's hearing room at 2535 St. Johns Avenue in Billings, Montana, pursuant to the order of the Board of Oil and Gas Conservation of the State of Montana, hereinafter referred to as the Board. At this time and place testimony was presented, statements and exhibits were received, and the Board then took the cause under advisement; and, the Board having fully considered the testimony, statements, exhibits, and all things and matters presented to it for its consideration by all parties in the Docket, and being well and fully advised in the premises, finds and concludes as follows:

### Findings of Fact

1. Due, proper and sufficient notice was published and given of this matter, the hearing hereon, and of the time and place of said hearing, as well as the purpose of said hearing; all parties were afforded an opportunity to present evidence, oral and documentary.

2. Applicant is an interest owner and operator in the spacing unit identified in the caption as established by Montana Board of Oil and Gas Conservation Order 77-2018. The applicant has been unable to acquire voluntary pooling of all interests within the spacing unit.

3. The evidence indicates that granting the application will serve to protect correlative rights and be in the interest of conservation of oil and gas in the State of Montana.

### Conclusions of Law

The Board concludes that the applicant demonstrated the requirements of § 82-11-202, MCA have been met.

### Order

IT IS THEREFORE ORDERED by the Board that all interests in the permanent spacing unit comprised of all of Sections 21 and 28, T26N-R59E, Richland County, Montana, are hereby pooled on the basis of surface acreage for production of oil and associated natural gas from the Bakken/Three Forks Formation.

IT IS FURTHER ORDERED that applicant is authorized to recover non-consent penalties in accordance with § 82-11-202(2), MCA, with respect to the Dagney 21-28 #1H well.

Kraken_000022

BOARD ORDER NO. 78-2018

 Done and performed by the Board of Oil and Gas Conservation of the State of Montana at Billings, Montana, this 13th day of December, 2018.

BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA

                   _____
                   Ronald S. Efta, Chairman

                   _____
                   Steven Durrett, Vice-Chairman

                   _____
                   Paul Gatzemeier, Board Member

                   _____
                   Mac McDermott, Board Member

                   _____
                   Dennis Trudell, Board Member

                   _____
                   Corey Welter, Board Member

ATTEST:

_____
Jennifer Breton, Program Specialist

Kraken_000023