# EXHIBIT F

[O] Outlook

---

### Re: [EXTERNAL] FW: Dagney 21-28 1H CA

**From** Andrew McGhee <amcghee@krakenoil.com>

**Date** Tue 4/27/2021 9:52 AM

**To** Iron Shirt, Samantha L <sironshi@blm.gov>

**Cc** Waterman, Leanne M <lwaterma@blm.gov>; Ray Noah <rnoah@krakenoil.com>; Findlay, Shane D <sfindlay@blm.gov>; Prestridge, Merry A <mprestri@blm.gov>; Gibbs, Andrew R <agibbs@blm.gov>; Judice, Donato J <djudice@blm.gov>; Jason Nolingberg <jnolingberg@krakenoil.com>; Bruce Larsen <blarsen@krakenoil.com>

Thanks for setting this up Samantha. We will talk to you tomorrow.

Andrew

Sent from my iPhone

> On Apr 27, 2021, at 10:31 AM, Iron Shirt, Samantha L <sironshi@blm.gov> wrote:

Andrew,
That is correct, 2pm MDT. Please call our toll free conference line at 866-742-5703 passcode: 6226304.
Let me know if you have any questions. Thank you.

<image001.png>

Samantha Iron Shirt
*Chief, Fluid Minerals Adjudication*
*Montana/Dakotas State Office*

Phone: *406-896-5060*
Mobile: *406-598-7531*
Email: *sironshi@blm.gov*

5001 Southgate Drive
Billings, MT 59101

https://www.blm.gov/programs/energy-
and-minerals/oil-and-
gas/leasing/regional-lease-
sales/montana-dakotas

---

**From:** Andrew McGhee <amcghee@krakenoil.com>
**Sent:** Tuesday, April 27, 2021 9:07 AM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Cc:** Waterman, Leanne M <lwaterma@blm.gov>; Ray Noah <rnoah@krakenoil.com>; Findlay, Shane D <sfindlay@blm.gov>; Prestridge, Merry A <mprestri@blm.gov>; Gibbs, Andrew R <agibbs@blm.gov>; Judice, Donato J <djudice@blm.gov>; Jason Nolingberg <jnolingberg@krakenoil.com>; Bruce Larsen <blarsen@krakenoil.com>
**Subject:** Re: [EXTERNAL] FW: Dagney 21-28 1H CA

Samantha,
2-3 tomorrow works for us. I assume Mountain Time?

Sent from my iPhone

> On Apr 26, 2021, at 5:55 PM, Iron Shirt, Samantha L <sironshi@blm.gov> wrote:

USA_000713

HI Andrew, it looks like the only time that will work this week for us is Wednesday from 2-3. Will that work for you? If not, we can look into scheduling something this next week? Let me know. Thank you.

<image001.png>

**Samantha Iron Shirt**
*Chief, Fluid Minerals Adjudication*
*Montana/Dakotas State Office*

Phone: *406-896-5060*
Mobile: *406-598-7531*
Email: *sironshi@blm.gov*

5001 Southgate Drive
Billings, MT 59101

https://www.blm.gov/programs/energy-and-minerals/oil-and-gas/leasing/regional-lease-sales/montana-dakotas

---

**From:** Andrew McGhee <amcghee@krakenoil.com>
**Sent:** Friday, April 23, 2021 10:11 AM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Cc:** Waterman, Leanne M <lwaterma@blm.gov>; Ray Noah <rnoah@krakenoil.com>; Findlay, Shane D <sfindlay@blm.gov>; Prestridge, Merry A <mprestri@blm.gov>; Gibbs, Andrew R <agibbs@blm.gov>; Judice, Donato J <djudice@blm.gov>; Jason Nolingberg <jnolingberg@krakenoil.com>
**Subject:** RE: [EXTERNAL] FW: Dagney 21-28 1H CA

Samantha,

Would you and/or your group be available next week for a call to discuss this?
We have several questions we would like to run by before we start reporting or paying on this CA.
Please let me know your availability and I will be glad to set up the call.

Thanks,

Andrew

---

**From:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Sent:** Thursday, April 15, 2021 5:06 PM
**To:** Andrew McGhee <amcghee@krakenoil.com>
**Cc:** Waterman, Leanne M <lwaterma@blm.gov>; Ray Noah <rnoah@krakenoil.com>; Findlay, Shane D <sfindlay@blm.gov>; Prestridge, Merry A <mprestri@blm.gov>; Gibbs, Andrew R <agibbs@blm.gov>; Judice, Donato J <djudice@blm.gov>
**Subject:** RE: [EXTERNAL] FW: Dagney 21-28 1H CA

Hi Andrew, you are correct, we considered early on to pursue a compensatory royalty agreement (CRA) to put in place of the vacated lease; however, upon further review we are not entirely certain this is the proper instrument to pursue. Therefore, we are continuing to analyze the best option for all parties involved and since this is a vast analysis, I have determined to put forth a ULA for these lands in order to have a mechanism in place to retrieve royalties from these lands sooner than later and to get the CA approved.

Regarding the proceeds to be attributed to the ULA, the establishment of the ULA basically waives the requirement of Section 5 in terms of escrowing the full 8/8ths and allows the operator to pay the Federal government directly the 1/8th royalty to ULA MTM 112185. The 7/8ths may be utilized by the operator for recoupment of costs related to drilling the well. The operator of the CA is responsible for the obligation to report and pay to the ULA.

The lands have been nominated and the current administration is reviewing our leasing program.

<image001.png>

**Samantha Iron Shirt**
*Chief, Fluid Minerals Adjudication*
*Montana/Dakotas State Office*

USA_000714

Phone: *406-896-5060*

Mobile: *406-598-7531*

E mail: *sironshi@blm.gov*

5001 Southgate Drive
Billings, MT 59101

https://www.blm.gov/programs/energy-and-minerals/oil-and-gas/leasing/regional-lease-sales/montana-dakotas

---

**From:** Andrew McGhee <amcghee@krakenoil.com>
**Sent:** Thursday, April 15, 2021 11:27 AM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Cc:** Waterman, Leanne M <lwaterma@blm.gov>; Ray Noah <rnoah@krakenoil.com>
**Subject:** [EXTERNAL] FW: Dagney 21-28 1H CA

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Samantha/Leanne,

I have some questions regarding the approved Dagney 21-28 #1H CA and approval letter.
If you recall last year we discussed the reversal of the Montana Federal Oil & Gas Lease MTM 110144 due to the lease being vacated.
It was our belief in our call that a Compensatory Royalty Agreement would be in place to replace the vacated lease and that this lease wouldn't be available for another lease auction. I understand the State office just recently decided to issue an Unleased Lands Account and per P. 5 & 6 of the CA Letter we are required to treat this as a unleased account, hold the 7/8 in escrow until these lands are leased, etc.

I'm confused to how to treat this lease internally.
Am I able to attribute this lease to Kraken?
Do I have to hold the 7/8 royalty in an interest bearing escrow account?
Will these lands be submitted to another lease auction? Do I need to nominate them?

I apologize for all the questions, but this letter came as a shock as we thought these lands were to be considered "leased".

Please feel free to contact me if it's easier to answer these questions.

Thanks,

Andrew

---

**From:** Waterman, Leanne M <lwaterma@blm.gov>
**Sent:** Thursday, April 15, 2021 10:21 AM
**To:** Andrew McGhee <amcghee@krakenoil.com>
**Subject:** Dagney 21-28 1H CA

Hi

Attached is a scanned copy of the approved CA for the Dagney 21-28 1H well.   The original will go out in the mail today.  Please let me know if you have any questions.

Thank You

USA_000715

Leanne Waterman
Land Law Examiner
Bureau of Land Management
Miles City Field Office
406-233-3166
lwaterma@blm.gov

USA_000716