# EXHIBIT G



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Miles City Field Office
111 Garryowen Road
Miles City, Montana 59301
http://www.blm.gov/montana-dakotas

April 8, 2021

Kraken Oil & Gas
Attn: Andrew McGhee
9805 Katy Freeway, Suite 300
Houston, TX 77024

Re: Communitization Agreement MTM 111087
    Well: Dagney 21-28 1H (#25-083-23348)
    Sections 21 and 28, T. 26 N., R. 59 E.
    Richland County, Montana

Dear Mr. McGhee,

Enclosed is one approved copy of Communitization Agreement (CA) No. MTM 111087 involving 40.00 acres of land in Federal Lease MTM 071768-A, 120.00 acres of land in Federal Lease MTM 97819, 120.00 acres of unleased Federal interest, and 1,000 acres of patented land, comprising a 1280.00-acre spacing unit.

The agreement communitizes all rights as to the crude oil and associated natural gas producible from the Bakken/Three Forks Formation underlying All of Sections 21 and 28, T. 26 N., R. 59 E., Richland Montana.  The CA is effective June 1, 2018.

Well Committed to CA:

The Federal well committed to the CA is the Dagney 21-28 1H.  The surface location of the well is in the NW¼NW¼ of Section 21, T. 26 N., R. 59 E.  The well is completed with a horizontal lateral which terminates in the SW¼SW¼ of Section 28, T. 26 N., R. 59 E.  This well was completed as a producing horizontal oil well from the Bakken/Three Forks Formation on June 29, 2018.

Federal Minerals Committed to CA:

Federal Lease MTM 97819 and Unleased Lands Account MTM 112185 will receive actual production from the CA.  Federal Lease MTM 071768-A will receive allocated production from the CA as of June 29, 2018.

Section 5 of the agreement requires all proceeds, 8/8ths of the unleased Federal minerals be placed in an interest earning escrow or trust account by the designated operator until the land is leased.  However, since leasing of these lands may take longer than anticipated, we are now advising that you should pay the United States 12.50% (1/8th) royalty attributed to the unleased Federal lands, to the Office of Natural Resources Revenue (ONRR).  We have established an unleased lands account (ULA), MTM 112185, to facilitate the collection of the royalties due for the unleased lands contained within this communitization agreement.

The designated operator may utilize the 7/8ths proceeds to recoup the proportional share of the drilling, completion, and production costs attributable to the unleased lands that are being placed in the escrow

USA_000689

2

account. However, the designated operator would be required to maintain an accurate account of the 7/8ths proceeds and provide an accounting of the amount to the Bureau of Land Management (BLM) upon request. Any amount that is not used to recoup the proportional share of costs would be placed in an interest earning escrow account by the designated operator. The 1/8ths royalty attributable to the unleased Federal land, as previously specified, would be paid to the ONRR under the ULA number until the lands are leased.

Production and Royalty Reporting Requirements:

This approval requires submission of production reports and payment of royalties to the Office of Natural Resources Revenue (ONRR) within 30 days of the Bureau of Land Management's (BLM) approval date.

   • The Oil and Gas Operations Report (OGOR, Form-ONRR 4054) must be submitted for the CA, beginning with the onset of production from the communitized area. If you need assistance on production reporting, please contact the ONRR at 1-800-525-7922.

   • Production royalties must be paid and reported on the Report of Sales and Royalty Remittance (Form ONRR-2014) within 30 days of the BLM approval date or the payors will be assessed interest for late payment under the Federal Oil and Gas Royalty Management Act of 1982 (see 30 CFR 1218.102). If you need assistance on royalty management, please contact the ONRR at 1-800- 525-9167.

Additional CA Approval Requirements:

Approval of this agreement does not constitute an adjudication of any state, local government, or private interests, and does not constitute a warranty or certification that the information supplied by the party submitting this agreement regarding any private, state, or local government interests is accurate. Approval of this agreement also does not warrant or certify that the operator thereof and other holders of operating rights hold legal or equitable title to those rights in the subject leases which are committed hereto. You are requested to furnish all interested principals with appropriate evidence of this approval.

The CA Number must be included on the well sign along with the well identification information required by 43 CFR 3162.6.

If you have any questions, please contact Leanne Waterman, Land Law Examiner, at 406-233-3166.

Sincerely,

Shane Findlay
Assistant Field Manager
Division of Mineral Resources

Enclosure

cc: ONRR w/encl, (via MessageWay)
    Montana Dept. of Revenue, Helena, MT w/encl.
    BLM, Montana State Office, Billings, MT (MT922) w/o encl.

bc: CA (MTM111087), LF (MTM112185) MTM071768A, MTM97819)

USA_000690