# EXHIBIT H



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Montana/Dakotas State Office
5001 Southgate Drive
Billings, Montana 59101
http://www.blm.gov/montana-dakotas

October 14, 2021

Kathleen Schroeder
Davis Graham & Stubbs
1550 17th Street
Denver, CO 80202

Re: Execution of a Compensatory Royalty Agreement to Cover Minerals Formerly Subject to Federal Oil and Gas Lease No. MTM110144

Dear Ms. Schroeder,

We are writing in response to your letter on behalf of Kraken Oil & Gas LLC, dated September 21, 2021, wherein you propose a compensatory royalty agreement (CRA) for lease number MTM 110144, which was sold in the December 2017, Competitive Oil and Gas Lease Sale, but later vacated through a court order.

These lands are also associated to Communitization Agreement (CA) MTM 111087 effective June 1, 2018. As a result of the lands being vacated, an Unleased Lands Account (ULA), MTM 112185, was established.

According to 43 CFR 3120.7-3- Compensatory Royalty Agreements, "...*the terms and conditions of a compensatory royalty agreements involving acquired lands in which the United States owns a future or fractional interest shall be established on an individual case basis. Such agreements shall be required **when leasing is not available** (emphasis added) in situations where the interest of the United States in the oil and gas deposit included both a present and a future fractional interest in the same tract containing a producing well.*"

Since these lands are open to leasing, a CRA is not the proper legal course of action. Therefore, we have decided to offer these lands up for lease in our next available oil and gas lease sale, which is anticipated to be in the 2nd quarter of 2022.

Until these lands are once again leased, we advise that you continue to pay royalties to ULA MTM 112185 through CA MTM 111087.

Should you have any questions concerning this matter, please contact Samantha Iron Shirt at 406-896-5060 or by email at sironshi@blm.gov.

Sincerely,

Donato J. Judice
Deputy State Director,
Energy, Minerals & Realty

USA_000735