# EXHIBIT J



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Montana/Dakotas State Office
5001 Southgate Drive
Billings, Montana 59101
http://www.blm.gov/montana-dakotas

December 28, 2023

In Reply Refer To:
July 16, 2024 Comp Sale

Dear Reader:

The Bureau of Land Management (BLM) received Expressions of Interest to sell Federal oil and gas leases in a future lease sale. The preliminary parcel list with recommended stipulations for the nominated parcels is posted on the BLM e-Planning website, for a 30-day scoping period for review starting on December 28, 2023. To be most useful, we should receive your comments before January 29, 2024.

If you have any comments or know of any issues that should be addressed in our analysis of the parcels, please provide comments using one of the following methods:

|  |  |
|---|---|
| Electronic: | BLM e-Planning website – https://eplanning.blm.gov<br>Advanced Search for NEPA # DOI-BLM-MT-0000-2024-0001-EA<br>Click "Documents"<br>Click "Comment on Document" |
| Mail: | Bureau of Land Management<br>Montana/Dakotas State Office<br>Branch of Fluid Minerals<br>Attn: Hattie Payne<br>5001 Southgate Drive<br>Billings, MT 59101 |
| Contact: | Hattie Payne (701) 260-4997<br>hpayne@blm.gov |

Before including your address, phone number, e-mail address, or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

USA_000871

An Environmental Assessment will be available for a 30-day review beginning on February 26, 2024 at the link listed above. Prior to issuance of any leases, the Decision Record and FONSI will be finalized and posted for public review on our BLM e-Planning website. Please refer to the BLM e-Planning website at https://eplanning.blm.gov/eplanning-ui/home. Current and updated information about our EA, Lease Sale Notice, and corresponding information pertaining to this sale can be found at the link referenced above.

We appreciate your attention to this review and look forward to hearing from you.

Sincerely,

ANDREW GIBBS
Digitally signed by ANDREW GIBBS
Date: 2023.12.22 07:49:20 -07'00'

Andrew Gibbs
Chief, Branch of Fluid Minerals
Bureau of Land Management
Montana-Dakotas State Office

USA_000872