# EXHIBIT N

Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Avenue North
Suite 225
Billings, MT 59101
Telephone:  406-403-7066
michelle.sullivan@sullivanmiller.com
adrian.miller@sullivanmiller.com

Aaron Bieber
The Law Offices of Aaron Bieber PLLC
P.O. Box 1017
Saratoga, WY 82331
Telephone: (713) 899-3893
aaron@aaronbieberlaw.com
*Admitted pro hac vice*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC<br>f/k/a PHOENIX CAPITAL<br>GROUP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRAKEN OIL AND GAS, LLC,<br>KRAKEN OPERATING, LLC, and<br>UNITED STATES BUREAU OF<br>LAND MANAGEMENT,<br><br>Defendants. | Cause No. CV-25-65-BLG-TJC<br><br><br>**PLAINTIFF'S RESPONSES TO<br>KRAKEN'S FIRST SET OF<br>REQUESTS FOR ADMISSION** |

Plaintiff Phoenix Energy One, LLC f/k/a Phoenix Capital Group Holdings, LLC ("Phoenix"), by and through its attorneys of record, answers and responds to Defendant Kraken Oil and Gas, LLC's ("Kraken") First Set of Requests for Admission as follows:

## PRELIMINARY STATEMENT

1.      Because discovery is ongoing, Phoenix reserves the right to revise, correct, supplement, and clarify any of its answers and responses.

2.      Phoenix reserves the right to file a motion for a protective order at a later date if it deems it to be necessary.

3.      Counsel for Phoenix invites discussion with counsel for Kraken with respect to these responses and Phoenix's objections thereto with the expectation that discussion between counsel may eliminate or modify objections, reduce burdens on the parties, or otherwise result in a mutually satisfactory resolution of the objections contained herein.

## NON-WAIVER

Phoenix does not waive and intends to preserve the following:

1.      All questions as to competency, relevancy, materiality, privilege and admissibility thereof as evidence for any purpose in any subsequent proceeding including, but not limited to, the trial of this or any other action;

2.    The right to object on any ground and at any time to a demand for a further response to Kraken's First Set of Requests for Admission to Phoenix, or other discovery, involving or relating to the subject matter of said requests;

3.    The right at any time and for any reason to revise, correct, supplement or clarify any of the following objections or responses.

## REQUESTS FOR ADMISSION

### Authentic Copies of Documents

**Request for Admission No. 1:**   Admit Exhibit A to the Complaint is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of the Amended Federal Communitization Agreement Contract No. MTM 111087 ("Amended CA").

**Response:** Admit.

**Request for Admission No. 2:**  Admit Exhibit B to the Complaint is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of the Federal Communitization agreement Contract No. MTM112222 ("New CA").

**Response:**  Admit.

**Request for Admission No. 3:**  Admit Exhibit C to the Complaint is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of the

BLM Lease for Oil and Gas designated as Serial No. MTMT106370202 ("Phoenix Lease").

**Response:**  Admit.

**Request for Admission No. 4:**  Admit that attached as Exhibit 1 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of the Federal Communitization Agreement Contract No. MTM 111087 ("Original CA").

**Response:**  Admit that Exhibit 1 appears to be an authentic copy of the Original CA.

**Request for Admission No. 5:**  Admit that attached as Exhibit 2 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's May 21, 2024 Notice of Competitive Oil and Gas Internet Lease Sale ("May 2024 BLM Lease Sale Notice").

**Response:**  Admit.

**Request for Admission No. 6:**  Admit that attached as Exhibit 3 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's June 18, 2024 Amendment Notice No. 1 Competitive Oil and Gas Lease Sale July 16, 2024.

**Response:**  Admit.

4

**Request for Admission No. 7:**  Admit that attached as Exhibit 4 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's Appendix A July 2024 Oil & Gas Parcel List Total Parcel Count: 26 Total Acres: 5,052.80, released December 28, 2023 ("First BLM Parcel List").

**Response:**  Admit.

**Request for Admission No. 8:**  Admit that attached as Exhibit 5 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's Appendix A July 2024 Oil & Gas Parcel List Total Parcel Count: 27 Total Acres: 5,574.46, released February 26, 2024 ("Second BLM Parcel List").

**Response:**  Admit.

**Request for Admission No. 9:**  Admit that attached as Exhibit 6 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's Appendix A July 2024 Oil & Gas Parcel List Total Parcel Count: 27 Total Acres: 5,574.46, released May 21, 2024 ("Third BLM Parcel List").

**Response:**  Admit.

**Request for Admission No. 10:**  Admit that attached as Exhibit 7 is a true and accurate copy, and that Phoenix stipulates to the authenticity and foundation, of BLM's Appendix A August 2024 Oil & Gas Parcel List Total Parcel Count: 26 Total Acres: 5,569.64, released August 5, 2024 ("Fourth BLM Parcel List").

**Response:**  Admit.

## Challenges to Original CA

**Request for Admission No. 11:**  Admit that Phoenix does not challenge the validity of the Original CA.

**Response:**  Admit that Phoenix does not challenge the validity of the original CA as it applied to the Original CA parties.

**Request for Admission No. 12:**  Admit that BLM acted in compliance with the governing statutes and regulations when it entered into the Original CA.

**Response:**  Phoenix objects to the request because it calls for a legal conclusion. Without waiving this objection, Phoenix lacks sufficient knowledge to either admit or deny the request.

**Request for Admission No. 13:**  Admit that the Original CA is an enforceable agreement.

**Response:**  Phoenix objects to the request because it calls for a legal conclusion. Without waiving this objection, Phoenix lacks sufficient knowledge to either admit or deny the request since Phoenix is not a party to the Original CA.

## May 2024 BLM Lease Sale Notice

**Request for Admission No. 14:**  Admit that Phoenix had access to the May 2024 BLM Lease Sale Notice before Phoenix bid on any lease in the Lease Sale.

6

**Response:**  Admit.

**Request for Admission No. 15:**  Admit that the May 2024 BLM Lease Sale Notice is available online at https://eplanning.blm.gov/eplanning-ui/project/2030415/570.

**Response:**  Admit.

**Request for Admission No. 16:** Admit that Phoenix reviewed the May 2024 BLM Lease Sale Notice before Phoenix bid on a lease for Parcel MT-2024-08- 0360 in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 17:**  Admit that Phoenix reviewed the May 2024 BLM Lease Sale Notice before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 18:**  Admit that Phoenix reviewed the May 2024 BLM Lease Sale Notice before October 1, 2024.

**Response:** Admit.

**Request for Admission No. 19:**  Admit that Phoenix reviewed the May 2024 BLM Lease Sale Notice before January 1, 2025.

**Response:**  Admit.

**Request for Admission No. 20:**  Admit that Phoenix reviewed the May 2024

BLM Lease Sale Notice before Phoenix filed this lawsuit.

**Response:**  Admit.

### First BLM Parcel List

**Request for Admission No. 21:**  Admit that Phoenix had access to the First BLM Parcel List before Phoenix bid on any lease in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 22:**  Admit that the First BLM Parcel List is available online at https://eplanning.blm.gov/eplanning-ui/project/2030415/570.

**Response:**  Admit.

**Request for Admission No. 23:**  Admit that Phoenix reviewed the First BLM Parcel List before Phoenix bid on a lease for Parcel MT-2024-08-0360 at issue in this case in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 24:**  Admit that Phoenix reviewed the First BLM Parcel List before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 25:**  Admit that Phoenix reviewed the First BLM Parcel List before October 1, 2024.

8

**Response:**  Admit.

**Request for Admission No. 26:**  Admit that Phoenix reviewed the First BLM Parcel List before January 1, 2025.

**Response:**  Admit.

**Request for Admission No. 27:**  Admit that Phoenix reviewed the First BLM Parcel List before Phoenix filed this lawsuit.

**Response:**  Admit.

**Second BLM Parcel List**

**Request for Admission No. 28:**  Admit that Phoenix had access to the Second BLM Parcel List before Phoenix bid on any lease in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 29:**  Admit that the Second BLM Parcel List is available online at https://eplanning.blm.gov/eplanning-ui/project/2030415/570.

**Response:**  Admit.

**Request for Admission No. 30:**  Admit that Phoenix reviewed the Second BLM Parcel List before Phoenix bid on a lease for Parcel MT-2024-08-0360 at issue in this case in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 31:**  Admit that Phoenix reviewed the Second BLM Parcel List before Phoenix learned it had submitted the winning bid to lease

9

Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 32:**  Admit that Phoenix reviewed the Second BLM Parcel List before October 1, 2024.

**Response:**  Admit.

**Request for Admission No. 33:**  Admit that Phoenix reviewed the Second BLM Parcel List before January 1, 2025.

**Response:**  Admit.

**Request for Admission No. 34:**  Admit that Phoenix reviewed the Second BLM Parcel List before Phoenix filed this lawsuit.

**Response:**  Admit.

### Third BLM Parcel List

**Request for Admission No. 35:**  Admit that Phoenix had access to the Third BLM Parcel List before Phoenix bid on any lease in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 36:**  Admit that the Third BLM Parcel List is available online at https://eplanning.blm.gov/eplanning-ui/project/2030415/570.

**Response:**  Admit.

**Request for Admission No. 37:**  Admit that Phoenix reviewed the Third BLM Parcel List before Phoenix bid on a lease for Parcel MT-2024-08-0360 at issue in

10

this case in the Lease Sale.

**Response:** Admit.

**Request for Admission No. 38:** Admit that Phoenix reviewed the Third BLM Parcel List before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:** Admit.

**Request for Admission No. 39:** Admit that Phoenix reviewed the Third BLM Parcel List before October 1, 2024.

**Response:** Admit.

**Request for Admission No. 40:** Admit that Phoenix reviewed the Third BLM Parcel List before January 1, 2025.

**Response:** Admit.

**Request for Admission No. 41:** Admit that Phoenix reviewed the Third BLM Parcel List before Phoenix filed this lawsuit.

**Response:** Admit.

**Fourth BLM Parcel List**

**Request for Admission No. 42:** Admit that Phoenix had access to the Fourth BLM Parcel List before Phoenix decided whether to bid on any lease in the Lease Sale.

**Response:** Admit.

**Request for Admission No. 44:**   Admit that Phoenix reviewed the Fourth BLM Parcel List before Phoenix bid on a lease for Parcel MT-2024-08-0360 at issue in this case in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 45:**   Admit that Phoenix reviewed the Fourth BLM Parcel List before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit.

**Request for Admission No. 46:**   Admit that Phoenix reviewed the Fourth BLM Parcel List before October 1, 2024.

**Response:**  Admit.

**Request for Admission No. 47:**   Admit that Phoenix reviewed the Fourth BLM Parcel List before January 1, 2025.

**Response:**  Admit.

**Request for Admission No. 48:**   Admit that Phoenix reviewed the Fourth BLM Parcel List before Phoenix filed this lawsuit.

**Response:**  Admit.

**Contacting Kraken regarding CAs**

**Request for Admission No. 49:** Admit that Phoenix did not contact Kraken

12

regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix bid on the lease of Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**    Admit that Phoenix did not contact Kraken, but deny any implication that the notices or parcel lists required a bidder to do so before being awarded the lease. Phoenix affirmatively states that next to the parcel, each of the Parcel Lists attached to Kraken's discovery explicitly states, "The <u>successful bidder</u> should contact the CA operator to determine their rights under the CA." (emphasis added).

**Request for Admission No. 50:**  Admit that Phoenix did not contact Kraken regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**    Admit that Phoenix did not contact Kraken, but deny any implication that the notices or parcel lists required a bidder to do so before being awarded the lease. Phoenix affirmatively states that next to the parcel, each of the Parcel Lists attached to Kraken's discovery explicitly states, "The <u>successful bidder</u> should contact the CA operator to determine their rights under the CA." (emphasis added).

**Request for Admission No. 51:**  Admit that Phoenix did not contact Kraken

13

to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before October 1, 2024.

**Response:**   Admit that Phoenix did not contact Kraken, but deny any implication that the notices or parcel lists required a bidder to do so before being awarded the lease. Phoenix affirmatively states that next to the parcel, each of the Parcel Lists attached to Kraken's discovery explicitly states, "The <u>successful bidder</u> should contact the CA operator to determine their rights under the CA." (emphasis added).

**Request for Admission No. 52:**   Admit that Phoenix did not contact Kraken to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before January 1, 2025.

**Response:**   Deny. Phoenix expressly denies that Kraken has any ability to determine Phoenix's rights.

**Request for Admission No. 53:**   Admit that Phoenix did not contact Kraken to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix filed this lawsuit.

**Response:**   Deny. Phoenix expressly denies that Kraken has any right to

determine Phoenix's rights.

## Communications with BLM regarding CAs

**Request for Admission No. 54:**  Admit that Phoenix did not contact BLM regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix bid on the lease of Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit that Phoenix did not contact BLM, but deny any implication that BLM had notified prospective bidders that they should do so.

**Request for Admission No. 55:**  Admit that Phoenix did not contact BLM regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Admit that Phoenix did not contact BLM, but deny any implication that BLM had notified prospective bidders that they should do so.

**Request for Admission No. 56:**  Admit that Phoenix did not contact BLM to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before October 1, 2024.

**Response:**  Admit that Phoenix did not contact BLM, but deny any implication that BLM had notified prospective bidders that they should do so.

15

**Request for Admission No. 57:**  Admit that Phoenix did not contact BLM to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before January 1, 2025.

**Response:**  Admit.

**Request for Admission No. 58:**  Admit that Phoenix did not contact BLM to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix filed this lawsuit.

**Response:**  Deny.

**Communications with Nonparties regarding CAs**

**Request for Admission No. 59:**  Admit that Phoenix did not contact any nonparty regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix bid on the lease of Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Phoenix is without sufficient knowledge to answer the request because the term "nonparty" is ambiguous.  Phoenix does not know whether Kraken is referring to a nonparty to a CA or a nonparty to this lawsuit. Without waiving this objection, Phoenix admits that it did not contact anyone who is not a party to this lawsuit before bidding on the lease.

16

**Request for Admission No. 60:**  Admit that Phoenix did not contact any nonparty regarding any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix learned it had submitted the winning bid to lease Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Phoenix is without sufficient knowledge to answer the request because the term "nonparty" is ambiguous. Phoenix does not know whether Kraken is referring to a nonparty to a CA or a nonparty to this lawsuit. Without waiving this objection, Phoenix admits that it did not contact anyone who is not a party to this lawsuit before learning it had submitted the winning bid.

**Request for Admission No. 61:**  Admit that Phoenix did not contact any nonparty to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 had been committed before October 1, 2024.

**Response:**  Phoenix is without sufficient knowledge to answer the request because the term "nonparty" is ambiguous. Phoenix does not know whether Kraken is referring to a nonparty to a CA or a nonparty to this lawsuit. Without waiving this objection, Phoenix admits that it did not contact anyone who is not a party to this lawsuit before October 1, 2024.

**Request for Admission No. 62:**  Admit that Phoenix did not contact any nonparty to inquire about, or to determine, Phoenix's rights under any

17

communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before January 1, 2025.

**Response:**  Deny.

**Request for Admission No. 63:**  Admit that Phoenix did not contact any nonparty to inquire about, or to determine, Phoenix's rights under any communitization agreement to which the land within Parcel MT-2024-08-0360 was committed before Phoenix filed this lawsuit.

**Response:**  Deny.

### Copies of the Amended CA and New CA

**Request for Admission No. 64:**  Admit that Phoenix had a copy of the Amended CA in its custody, possession, or control before it bid on a lease for Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Deny.

**Request for Admission No. 65:**  Admit that Phoenix had a copy of the New CA in its custody, possession, or control before it bid on a lease for Parcel MT-2024-08-0360 in the Lease Sale.

**Response:**  Deny.

**Request for Admission No. 66:**  Admit that Phoenix had a copy of the Amended CA in its custody, possession, or control before October 1, 2024.

**Response:**  Deny.

18

**Request for Admission No. 67:**  Admit that Phoenix had a copy of the New CA in its custody, possession, or control before October 1, 2024.

**Response:**  Deny.

**Request for Admission No. 68:**  Admit that Kraken sent Phoenix a copy of the Amended CA in December of 2024.

**Response:**  Admit.

**Request for Admission No. 69:**  Admit that Kraken sent Phoenix a copy of the  New CA in December of 2024.

**Response:**  Admit.

**Request for Admission No. 70:**  Admit that Phoenix did not have a copy of the Amended CA before Kraken sent Phoenix a copy in December of 2024.

**Response:**  Admit.

Dated this 30th day of October, 2025.

/s/ Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, MT 59101
Telephone (406) 403-7066
adrian.milller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

Aaron Bieber
The Law Offices of Aaron Bieber PLLC
P.O. Box 1017
Saratoga, WY 82331
Phone: (713) 899-3893
Email: aaron@aaronbieberlaw.com

*Counsel for Plaintiff*

**VERIFICATION**

I, Justin Arn, state that I have read the foregoing Responses to Kraken's First Set of Requests for Admission and know the contents thereof. I certify that I am duly authorized to make this verification on behalf of Phoenix Energy One, LLC, and that the facts set forth in the foregoing, so far as they are made of my own knowledge, and so far as they have been made upon information derived from others, I am informed and believe them to be true.

I declare under penalty of perjury under the laws of the United States that the foregoing in true and correct.  Executed on this _____ day of October, 2025.

_____
Justin Arn, Chief Land and Title Officer

21

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, the foregoing was served on all counsel of record via email.

s/ Adrian A. Miller
Adrian A. Miller
