# EXHIBIT O

**SLACK CONVERSATION BETWEEN CA, AF, JA ON 8/5/2024 RE: 21-26N-59E**

**Curtis** 12:11 PM

@Justin Arn Will the BLM Auction in 21-26N-59E also include the right to participate in the old Dagney?

12:11

the 2-miler from 2018



**Justin Arn** 12:16 PM

Per Energynet:MTMT105667610 The land within this parcel is committed to Communitization Agreement (CA) MTM 111087, Bakken/Three Forks Formation, effective 6/01/2018, which includes the entire area of this parcel. The operator of this CA is Kraken Oil & Gas, LLC. The successful bidder should contact the CA operator to determine their rights under this CA. The CA operator may require the successful bidder to pay a proportionate cost of the well, including drilling, completing, equipping, and operating the well as a condition of participating in the CA.

12:17

I have a feeling their going to treat it like they have everywhere else, and back us into after 100% which should have been years ago on these wells.



**ADF**  9:14 AM

@Justin Arn the first tract is 8:10 am PST right



**Justin Arn** 9:16 AM

that's correct. that's when the bidding stops.

PHX 000937

PHX 001501



**ADF**  9:17 AM

K

9:17

I'll be on and ready at 8 am



**Justin Arn** 9:17 AM





**Curtis** 10:01 AM

steal it please 🙂



**Justin Arn** 10:02 AM

we'll see how it goes.

10:03

first tract is already at 500.
There will be blood, gents.

10:04

Now 1000

PHX 000938

PHX 001502

10:04

Now 1700

10:05

I'm gonna need true maximums.

PHX 000939

PHX 001503