# EXHIBIT P




UNITED STATES DEPARTMENT OF THE INTERIOR - BUREAU OF LAND MANAGEMENT
Montana State Office
5001 Southgate Drive
Billings, Montana 59101-4669

# COMPETITIVE OIL AND GAS LEASE SALE

| | | | |
|---|---|---|---|
| Parcel Number: MT-2024-08-0360 | | MLRS Serial Number: | MTMT106370202 |
| Bidder Number: 992 | | Actual Parcel Acres: | 120.0000 |
| Bidder Name: PHOENIX CAPITAL GROUP HOLDINGS LLC | | Adjusted Acres: | 120.0000 |
| Lessee Name & Address: PHOENIX CAPITAL GROUP HOLDINGS LLC 18575 JAMBOREE ROAD SUITE 830 IRVINE, CA 92612 | | (Monies Based on Acres Rounded Up to Nearest Whole Acre) | |
| | | Fund Code: | 141811 |
| | | Split Estate?: | YES |

| | | | |
|---|---|---|---|
| | | **TOTAL MINIMUM DUE AT SALE:** (Min. Bonus + Admin. Fee + Adv. Rental Yr. 1) | **$4,660.00** |
| | | Additional Amount Due: (Total Amt. Bid - Min. Bonus) | $760,920.00 |
| Bid Per Acre: | $6,351.00 | **TOTAL:** (Total Amt. Bid + Admin. Fee + Adv. Rental Yr. 1) | **$765,580.00** |
| Total Amount Bid: | $762,120.00 | **TOTAL ONRR Acct Advice AMT:** (Total Amt. Bid + Adv. Rental Yr. 1) | **$762,480.00** |
| Minimum Bonus ($10/Acre): | $1,200.00 | Paid on Sale Date: | FULL |
| Administrative Fee: | $3,100.00 | Date Paid in Full: | 9/4/2024 |
| Advance Rental ($3/Acre for years 1-2): | $360.00 | **FINAL DAY TO PAY THE REMAINING BALANCE (TOTAL AMT DUE - MIN BID):** | 8/20/2024 |
| Advance Rental ($5/Acre for years 3-8): | $600.00 | | |
| Advance Rental ($15/Acre for years 9-?): | $1,800.00 | | |

## ORGANIZATION INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| State: | MT | ACQ or PD: | ACQ | | |
| County Code: | 083 | BLM Office/FO: | MCFO | | |
| County: | RICHLAND | Parcel Acres: | 120.0000 | | |
| Anniv. Date: | 10/1/2024 | Expiration Date: | 9/30/2034 | | |
| Legacy #s: | 1/0/1900 | MLRS Serial #: | MTMT106370202 | SMA Serial #: | 0 |
| Royalty Rate: | 16.67% | Fed Min %: | 50.00% | | |
| Parcel LLD: | T. 26 N., R. 59 E., PRIN MER MT, Sec. 21 W2NW, NWSW | | | | |

| | |
|---|---|
| HQ Stips: | HQ-CR-1, HQ-MLA-1, HQ-TES-1 |
| BLM Stips: | LN 14-2, LN 14-12, LN 14-14, LN 14-18, LN 14-19, LN 14-20, LN 14-22, LN 14-23, LN 14-33, LN 14-39, LN 14-40, Standard 16-3, CSU 12-24, CSU 12-35, NSO 11-70 |
| SMA Stips: | 0 |

| | | | |
|---|---|---|---|
| SMA: | BLM | | |
| Sale Date: | 8/6/2024 | | |
| cc: Lease Copy Lessee(s) | | Adjudicator: | CHELSEA ROWLAND |
| Other Agency (SMA): | BLM | Reviewer: | |

Form Version August 2023

USA_001400