# EXHIBIT Q

Message

| | |
|---|---|
| **From:** | Justin Payne [jpayne@krakenoil.com] |
| **Sent:** | 12/12/2024 8:43:13 AM |
| **To:** | Adam Mohamad [AMohamad@phxcapitalgroup.com]; Stephanie Haydel [shaydel@krakenoil.com]; Aaron Bieber [aaron@aaronbieberlaw.com] |
| **CC:** | Curtis Allen [CA@phxcapitalgroup.com]; Cristi Veitenheimer [CVeitenheimer@phxcapitalgroup.com] |
| **Subject:** | RE: BLM to Phoenix Capital Group |
| **Attachments:** | Approved Amended CA Dagney #1H.pdf; Kraken_MTM11222_Dagney33-21_3H-4H_CA Approved.pdf |

Adam,

Please see the attached Amended and Approved CA's for the Dagney #1H as well as the Dagney #3H & #4H from the BLM.

Please reach out to me if you have any questions regarding these amended CA's for these subject wells.

-JP

**From:** Adam Mohamad <AMohamad@phxcapitalgroup.com>
**Sent:** Wednesday, December 11, 2024 6:27 PM
**To:** Justin Payne <jpayne@krakenoil.com>; Stephanie Haydel <shaydel@krakenoil.com>; Aaron Bieber <aaron@aaronbieberlaw.com>
**Cc:** Curtis Allen <CA@phxcapitalgroup.com>; Cristi Veitenheimer <CVeitenheimer@phxcapitalgroup.com>
**Subject:** RE: BLM to Phoenix Capital Group
**Importance:** High

Justin,

PHX is owed all revenue in suspense from the inception date of the Dagney #1H and the Dagney #3H & #4H. If your position is that Kraken does not owe PHX all the revenue in suspense from the inception of these wells, @Aaron Bieber will be taking legal action.

Please get back to me ASAP as this has been going on for months now!

Best Regards,
Adam Mohamad



**Adam Mohamad**
Sr. Financial Analyst

(949) 992-7573

 PHOENIX | CAPITAL GROUP


Leave a Review

**From:** Justin Payne <jpayne@krakenoil.com>
**Sent:** Wednesday, December 11, 2024 1:54 PM
**To:** Adam Mohamad <AMohamad@phxcapitalgroup.com>; Stephanie Haydel <shaydel@krakenoil.com>; Stephanie Haydel <shaydel@krakenoil.com>
**Subject:** RE: BLM to Phoenix Capital Group

Adam,

Thank you for following up on this. We are currently processing this for the Dagney wells.

Once we run our revenue correction cycle, we will be able to determine how much funds are in suspense for this new lease.

Per the amended Dagney #1H and the Dagney #3H & #4H Communitization Agreements the new federal lease MTMT106370202 is effective 10/01/2024, thus revenue will be paid from that date forward once our accounting team has a chance to run its correction and calculation cycle.

I hope this helps to answer your questions, we will keep you updated as to when this has been completed.

-Justin

**From:** Adam Mohamad <AMohamad@phxcapitalgroup.com>
**Sent:** Tuesday, December 3, 2024 3:46 PM
**To:** Justin Payne <jpayne@krakenoil.com>; Stephanie Haydel <shaydel@krakenoil.com>; Stephanie Haydel <shaydel@krakenoil.com>
**Subject:** RE: BLM to Phoenix Capital Group
**Importance:** High

Hey guys,

Hope all is well, there is a significant amount of money in suspense regarding the DAGNEY wells.
Can someone please take a look into this and let us know when we expect to get paid those funds? And how much $ is in suspense regarding those funds?


Thank you and please get back to me as soon as possible!

Best Regards,
Adam Mohamad



**Adam Mohamad**
Sr. Financial Analyst

(949) 992-7573

PHOENIX | CAPITAL GROUP

Leave a Review

**From:** Cristi Veitenheimer <CVeitenheimer@phxcapitalgroup.com>
**Sent:** Tuesday, December 3, 2024 12:09 PM
**To:** jpayne@krakenoil.com
**Cc:** Adam Mohamad <AMohamad@phxcapitalgroup.com>
**Subject:** Fwd: BLM to Phoenix Capital Group

Can I please get an update on this?

Thank you

PHX 001517

Cristi

Sent from my iPhone

Begin forwarded message:

**From:** Stephanie Haydel <shaydel@krakenoil.com>
**Date:** November 6, 2024 at 12:32:25 PM CST
**To:** Cristi Veitenheimer <CVeitenheimer@phxcapitalgroup.com>
**Subject: RE: BLM to Phoenix Capital Group**

Cristi,

This has been forwarded to our Landman in Montana – Justin Payne.

*Stephanie Haydel*
Division Order Analyst
Kraken Oil & Gas LLC
945 Bunker Hill Rd. Ste 1200
Houston, TX  77024
346-739-8326
shaydel@krakenoil.com



**From:** Cristi Veitenheimer <CVeitenheimer@phxcapitalgroup.com>
**Sent:** Wednesday, November 6, 2024 12:20 PM
**To:** Stephanie Haydel <shaydel@krakenoil.com>
**Subject:** FW: BLM to Phoenix Capital Group

Sorry to bother you,  has this been assigned to an analyst yet?  I completely understand that It was just sent October 2nd.

Thank you
Cristi

**From:** Cristi Veitenheimer
**Sent:** Wednesday, October 2, 2024 9:39 AM
**To:** KrakenOwner@krakenoil.com
**Cc:** Curtis Allen <CA@phxcapitalgroup.com>; Adam Mohamad <AMohamad@phxcapitalgroup.com>; Finance <finance@phxcapitalgroup.com>
**Subject:** BLM to Phoenix Capital Group

Please see attached Oil and Gas Leases between The United States of America (BLM) and Phoenix Capital Group Holdings, LLC.

PHX 001518

Thank you and please confirm the receipt of this email



**Cristi**
**Veitenheimer**
Revenue
Accounting
Specialist

 PHOENI

(469) 382-9260

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

PHX 001519