Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, MT 59101
Telephone: 406-403-7066
Email: adrian.miller@sullivanmiller.com
        michelle.sullivan@sullivanmiller.com

Brian D. Lee
LEE LAW OFFICE PC
P.O. Box 790, 158 Main Street
Shelby, MT 59474
Telephone: (406) 434-5244
Email: brian@leelawofficepc.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC )<br>f/k/a PHOENIX CAPITAL )<br>GROUP HOLDINGS, LLC, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>KRAKEN OIL AND GAS, LLC, )<br>KRAKEN OPERATING, LLC, and )<br>UNITED STATES BUREAU OF )<br>LAND MANAGEMENT, )<br> )<br>Defendants. | Cause No. CV-25-65-BLG-TJC<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, TO DISREGARD OR STRIKE NEW ARGUMENTS RAISED IN DEFENDANT BLM'S REPLY BRIEF** |

Pursuant to L.R. 7.1.(d)(1)(D), Plaintiff Phoenix Energy One, LLC moves for leave to file a sur-reply to Defendant BLM's Reply Brief in Support of its Motion to Dismiss (Doc. 60). Alternatively, Phoenix requests that the Court disregard or strike the new arguments raised in Defendant BLM's Reply Brief. As required by L.R. 7.1(c), the undersigned contacted counsel for Defendants. All Defendants oppose this Motion.

Dated this 9th day of January, 2026.

/s/ Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, MT 59101
Telephone (406) 403-7066
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

Brian D. Lee
LEE LAW OFFICE PC
P.O. Box 790, 158 Main Street
Shelby, MT 59474
Telephone: (406) 434-5244
Email: brian@leelawofficepc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, the foregoing was served by the Clerk of the U.S. District Court of Montana, Billings Division, through the Court's CM/ECF system, which sent a notice of electronic filing to all counsel of record.

/s/ Adrian A. Miller
Adrian A. Miller