# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Aaron Bieber [aaron@aaronbieberlaw.com] |
| **Sent:** | 3/14/2025 3:25:49 PM |
| **To:** | Iron Shirt, Samantha L [sironshi@blm.gov] |
| **CC:** | Croft, Tyler O [tcroft@blm.gov] |
| **Subject:** | RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals |

Thank you for the responses Ms. Ironshirt, very helpful.  I'd like to pose a few follow up questions below, Nos. 1 and 2 below which I had asked on our previous phone conservation but hadn't transmitted via email.

1.      Did Kraken ever pay any proceeds from production into unleased lands account (MTM 112185) from the Dagney 21-28 1H, Dagney 33-21 #3H and Dagney 33-21 #4H wells?  If so, when did they pay?

2.      When the BLM says in this instance that it is their expectation that the eventual lessee (Phoenix Capital in this case) "come to agreement with the operator of the well" (Kraken in this case), what exactly does the BLM expect Phoenix and Kraken to come to an agreement about?

3.      Under what authority did the BLM include the following language of Section 5 of the unleased lands account (MTM 112185): "The designated operator may utilize the 7/8ths proceeds to recoup the proportional share of the drilling, completion, and production costs attributed to the unleased lands that are being placed in the escrow account. "

4.      Under what authority did the BLM modify Section 5 of the form Communitization Agreements (CAs) MTM 111087 and MTM 112222 to "allocate" production to the operator (Kraken)?  The form language requires operator to put such monies in an escrow account.

If we need to get on a call to answer these question or for follow up, I can be available for that.  Otherwise, we would appreciate your follow up answers here.

Thank you,

**Aaron D. Bieber – *Managing Member***
Direct: (281) 566-2534
Mobile: (713) 899-3893
aaron@aaronbieberlaw.com



THE LAW OFFICES OF AARON D. BIEBER, PLLC

**PRIVILEGED AND CONFIDENTIAL**

---

**From:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Sent:** Thursday, March 13, 2025 4:44 PM
**To:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Cc:** Croft, Tyler O <tcroft@blm.gov>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

Hello Aaron, after conferring with our specialists on this matter, here is our response.

*1.      Does the BLM ever participate in the costs of drilling and completing oil and gas wells (e.g. execute well ballot elections to pay for its proportionate share of the costs wells?);*

No, it is the general policy of the U.S. Government to not participate as a working interest owner in the cost of drilling and completing oil and gas wells drilled for commercial purposes.

# Exhibit 11

PHX 001587

2.        *If the answer to No. 1 above is "No", then it is my understanding that the BLM does not subject itself to state regulations which would force pool federal minerals (e.g. a communitization agreement with the BLM is necessary to pool federal minerals). Does the BLM allow a "risk penalty" allowed to an operator under state law to be assessed against the unleased federal minerals?*

You are correct that the BLM generally does not consider itself to be bound by a state-ordered forced pooling. Instruction here https://www.blm.gov/policy/im2022-057. The complication is that the Co-Tenancy lease in question was leased at the time the forced pooling was issued and then cancelled due to court order at a later date.

The BLM maintains that state-ordered forced pooling is NOT binding on the Federal Government unless the Secretary of Interior, or his/her authorized officer, gives consent. This position has been confirmed in Kirkpatrick Oil & Gas v. United States, 675 F.2 1122 (l10 thCir. 1982), where it is explicitly stated: "Congress must have intended that the Secretary have approval authority over any communitization of federal lands, and that no state-ordered forced pooling would bind the government without the Secretary's consent." Generally, the BLM objects to the forced pooling of unleased land when not in the best interest of the BLM.

In cases where the objection to the forced pooling would cause the MBOGC to space the federal minerals out of the spacing unit the BLM will not object and ask the operator to not force pool the unleased minerals and place the royalties into an unleased lands account or compensatory royalty agreement. That did not appear to have happened in this case given the forced pooling order 78-2018 exists. The Co-tenancy acreage was considered leased at the time of the order.

Section 5 of the unleased lands account contains this language, "The designated operator may utilize the 7/8ths proceeds to recoup the proportional share of the drilling, completion, and production costs attributed to the unleased lands that are being placed in the escrow account". As the risk penalty stems from a state-ordered forced pooling I believe that BLM's position would be the same in that without consent of the Secretary it would not be bound to a risk penalty. When unleased minerals are eventually leased, the language below is included in the lease sale notice to indicate the lessee needs to come to agreement with the operator of the well. The BLM typically sees this as a civil matter between the lessee and operator not involving the BLM.

"MTMT105667610 The land within this parcel is committed to Communitization Agreement (CA) MTM 111087, Bakken/Three Forks Formation, effective 6/01/2018, which includes the entire area of this parcel. The operator of this CA is Kraken Oil & Gas, LLC. The successful bidder should contact the CA operator to determine their rights under this CA. The CA operator may require the successful bidder to pay a proportionate cost of the well, including drilling, completing, equipping, and operating the well as a condition of participating in the CA"

Feel free to reach out if anything further is needed and I can get a call set up to discuss.

Thank you,



*Samantha Iron Shirt –*
*\*Acting Superviosry Petroleum Enginneer – 3/3/2025 – 6/11/2025*
*North Central Montana District – Division of Oil & Gas*

*\*Fluid Minerals Adjudication Section Chief, MT/DKs State Office*

*Phone: 406-598-7531*
*Email: sironshi@blm.gov*

https://www.blm.gov/programs/energy-and-minerals/oil-and-gas/leasing/regional-lease-sales/montana-dakotas

**From:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Sent:** Wednesday, March 12, 2025 12:46 PM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

# Exhibit 11

PHX 001588

Good afternoon Ms. Ironshirt,

I am just following up again on our questions.  Can you please let me know if we can expect a response from the BLM this week?

Thank you,

**Aaron D. Bieber – *Managing Member***
Direct: (281) 566-2534
Mobile: (713) 899-3893
aaron@aaronbieberlaw.com



**PRIVILEGED AND CONFIDENTIAL**

---

**From:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Sent:** Monday, March 3, 2025 3:01 PM
**To:** 'Iron Shirt, Samantha L' <sironshi@blm.gov>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

Thank you Ms. Ironshirt.  Do you anticipate having something to us this week?

**Aaron D. Bieber – *Managing Member***
Direct: (281) 566-2534
Mobile: (713) 899-3893
aaron@aaronbieberlaw.com



**PRIVILEGED AND CONFIDENTIAL**

---

**From:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Sent:** Sunday, February 23, 2025 8:05 AM
**To:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

Hello Aaron, I am also getting guidance on those questions as well. I do anticipate being able to respond to all your questions and concerns this week. Thank you.



*Samantha Iron Shirt —*
*Fluid Minerals Adjudication Section Chief*
***Phone:*** *406-896-5060*
***Mobile:*** *406-598-7531*
***Email:*** *sironshi@blm.gov*
***5001 Southgate Drive***
***Billings, MT 59101***

https://www.blm.gov/programs/energy-and-minerals/oil-and-gas/leasing/regional-lease-sales/montana-dakotas

# Exhibit 11

PHX 001589

**From:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Sent:** Wednesday, February 12, 2025 11:05 AM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

Thank you Samantha,

I also had the separate question(s) below about the application of the risk penalty to BLM / Federal minerals.  Is that something you can speak to in terms of what the BLM's practices are?

Thanks,

**Aaron D. Bieber – _Managing Member_**
Direct: (281) 566-2534
Mobile: (713) 890-3893
aaron@aaronbieberlaw.com



**PRIVILEGED AND CONFIDENTIAL**

---

**From:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Sent:** Wednesday, February 12, 2025 12:00 PM
**To:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Subject:** RE: [EXTERNAL] FW: Questions re: Unleased Federal Minerals

Hello Aaron based on our conversation on this, I am seeking guidance and currently working on those specifics. I am hopeful that I can get a response this week. Thank you for your patience.

---

**From:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Sent:** Tuesday, February 11, 2025 5:19 PM
**To:** Iron Shirt, Samantha L <sironshi@blm.gov>
**Subject:** [EXTERNAL] FW: Questions re: Unleased Federal Minerals

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Good afternoon Ms. Ironshirt,

In addition to the email I sent you earlier today, I would like to follow up on my email below.  Can you please respond to this email or give me a call at your earliest convenience?

Thank you,

**Aaron D. Bieber – _Managing Member_**
Direct: (281) 566-2534
Mobile: (713) 890-3893
aaron@aaronbieberlaw.com

# Exhibit 11

PHX 001590



**PRIVILEGED AND CONFIDENTIAL**

**From:** Aaron Bieber <aaron@aaronbieberlaw.com>
**Sent:** Tuesday, February 4, 2025 3:25 PM
**To:** 'sironshi@blm.gov' <sironshi@blm.gov>
**Subject:** Questions re: Unleased Federal Minerals

Good afternoon Ms. Ironshirt,

I have a few questions about how the BLM treats unleased federal minerals that are not related to my previous inquiry, but just more general questions in nature.

1.      Does the BLM ever participate in the costs of drilling and completing oil and gas wells (e.g. execute well ballot elections to pay for its proportionate share of the costs wells?);

2.      If the answer to No. 1 above is "No", then it is my understanding that the BLM does not subject itself to state regulations which would force pool federal minerals (e.g. a communitization agreement with the BLM is necessary to pool federal minerals).  Does the BLM allow a "risk penalty" allowed to an operator under state law to be assessed against the unleased federal minerals?

Please give me a call at your earliest convenience.  Thank you,

**Aaron D. Bieber – *Managing Member***
Town Center, 2245 Texas Drive, Suite 300
Sugar Land, TX 77479
Direct: (281) 566-2534
Mobile: (713) 898-3893
aaron@aaronbieberlaw.com



**The Law Offices of Aaron D. Bieber, PLLC.**  This message is only for the addressee(s) of this email.  It contains legally privileged and protected confidential information.  If you are not the intended recipient, you may not disclose, copy, forward, print, or save this message or its attachments.  If you have received this message in error, please delete this message and notify me immediately.

Exhibit 11

PHX 001591