Adrian A. Miller
Michelle M. Millhollin
Millhollin Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, MT 59101
Telephone: 406-605-3910
Email: adrian.miller@millhollinmiller.com
           michelle.millhollin@millhollinmiller.com

Brian D. Lee
LEE LAW OFFICE PC
P.O. Box 790, 158 Main Street
Shelby, MT 59474
Telephone: (406) 434-5244
Email: brian@leelawofficepc.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |  |
|---|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC, | ) ) ) ) | Cause No. CV-25-65-BLG-TJC |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION FOR MEDIATION PURSUANT TO LOCAL RULE 16.5** |
| vs. | ) ) | |
| KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff Phoenix Energy One, LLC ("Phoenix") moves the Court for an order requiring the parties to participate in mediation pursuant to Local Rule 16.59(c)(1). As noted in Defendant Kraken Oil and Gas, LLC and Defendant Kraken Operating, LLC's (collectively, "Kraken") Motion to Stay, the parties have engaged in substantial written discovery, and the next phase of discovery will be expensive for all parties. Given the stage of the case, it is an ideal time for mediation. As stated in Phoenix's Response to Kraken's Motion to Stay (Doc. 75), Phoenix will agree to stay this case while mediation is pending. It will also agree to amend the Scheduling Order if mediation fails. It will not, however, agree to stay the case while Kraken waits for the Court to determine its Motion for Summary Judgment.

Phoenix emailed counsel for Kraken and BLM on May 29, 2026, requesting their position on this Motion. As of filing, BLM has not responded to that email. Kraken has also not responded with its position. However, the undersigned spoke with BLM's counsel Jordan Fitzgerald on May 11, 2026, and brought up potential mediation. Mr. Fitzgerald did not have a position from his client at that time, but he did not seem averse to the idea. Mr. Fitzgerald stated that he would get back to the undersigned by the end of that week, but he never did so. The undersigned also discussed mediation with Kraken's counsel prior to Kraken filing its Motion to Stay. Kraken has been generally opposed to mediation idea because it is confident that its Motion for Summary Judgment will be granted and will dispose of this case. Phoenix

obviously disagrees with both positions and believes that mediation is successful when all parties are facing risks. Accordingly, Phoenix requests that the Court order the parties to engage in good faith mediation and select the mediator under L.R. 16.5(c).

Dated this 1st day of June, 2026.

/s/ Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Millhollin Miller Law PLLC
2812 1st Avenue North, Suite 225
Billings, MT 59101
Telephone (406) 403-7066
adrian.miller@millhollinmiller.com
michelle.sullivan@millhollinmiller.com

Brian D. Lee
LEE LAW OFFICE PC
P.O. Box 790, 158 Main Street
Shelby, MT 59474
Telephone: (406) 434-5244
Email: brian@leelawofficepc.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

The undersigned, Adrian A. Miller, certifies that this Brief complies with the requirements of Rule 7.1(d)(2). The lines in this document are double spaced, except for footnotes and quoted and indented material, and the document is proportionately spaced with Times New Roman Font typeface consisting of fourteen characters per inch. The total word count is 313 excluding caption and certificates of compliance and service. The undersigned relies on the word count of the word processing system used to prepare this document.

/s/ Adrian A. Miller
Adrian A. Miller

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, the foregoing was served by the Clerk of the U.S. District Court of Montana, Billings Division, through the Court's CM/ECF system, which sent a notice of electronic filing to all counsel of record.

/s/ Adrian A. Miller
Adrian A. Miller