JORDAN W. FITZGERALD
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-3961
Fax: (406) 657-6058
Email: jordan.fitzgerald@usdoj.gov

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC, | CV 25-65-BLG-TJC |
| Plaintiff,<br><br>vs.<br><br>KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | NOTICE OF DEFENDANT UNITED STATES BUREAU OF LAND MANAGEMENT'S JOINDER IN DEFENDANT KRAKEN'S MOTION TO STAY PROCEEDINGS |

Defendant United States Bureau of Land Management ("BLM") hereby

joins in the motion to stay proceedings filed by Defendants Kraken Oil and Gas,

LLC and Kraken Operating, LLC ("Kraken").   (Docs. 73, 74.)   The BLM concurs

with the reasons stated in Kraken's Motion and the accompanying Brief and

1

additionally believes that a stay will alleviate the burden on Defendant BLM and the United States of conducting extensive additional discovery, including depositions and retaining expert witnesses, while the meritorious dispositive motions are pending.

**DATED** this 15th day of July, 2026.

MARK STEGER SMITH
Acting United States Attorney


*/s/ Jordan W. FitzGerald*
JORDAN W. FITZGERALD
Assistant U.S. Attorney
Attorney for Defendant BLM

2