IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>KRAKEN OIL AND GAS, LLC; KRAKEN OPERATING, LLC; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Defendants. | CV 25-65-BLG-TJC<br><br><br>**ORDER** |

On July 17, 2026, the Court held a telephonic status conference with the parties to discuss pending motions for stay and for mediation (Docs. 73, 76), as well as a potential extension of deadlines in the Court's September 23, 2025, Scheduling Order (Doc. 39).

For reasons discussed during the status conference, IT IS HEREBY ORDERED Kraken Oil and Gas, LLC and Kraken Operating, LLC's Motion for Stay (Doc. 73) is DENIED.

IT IS FURTHER ORDERED Plaintiff's Motion for Mediation Pursuant to Local Rule 16.5 (Doc. 76) is DENIED without prejudice.  While the Court has the power to order the parties to attend mediation, L.R. 16.5(c)(1), the undersigned is

1

disinclined to do so unless all parties are earnestly interested in participating.

IT IS FURTHER ORDERED that deadlines in the Scheduling Order (Doc. 39) are amended as follows:

| | |
|---|---|
| Disclosure of Plaintiff's Damages Expert and Simultaneous Disclosure of Liability Experts: | **September 30, 2026** |
| Disclosure of Defendant's Damages Expert: | **October 30, 2026** |
| Discovery Deadline (discovery must be served so that responses are due on or before this date): | **January 15, 2027** |
| Motion for Settlement Conference Before a U.S. Magistrate Judge: | **January 15, 2027** |
| Motions Deadline (except motions otherwise scheduled and motions in limine): | **March 12, 2027** |

All other deadlines and requirements set forth in the Court's September 23, 2025, Scheduling Order (Doc. 39) remain in effect.

IT IS ORDERED.

DATED this 17th day of July, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

2