Adrian A. Miller
Michelle M. Millhollin
Millhollin Miller Law PLLC
2812 1st Avenue, Suite 225
Billings, MT 59101
Telephone: (406) 605-3910
adrian.miller@millhollinmiller.com
michelle.millhollin@millhollinmiller.com

Brian D. Lee
LEE LAW OFFICE PC
P.O. Box 790
158 Main Street
Shelby, MT 59474
Telephone: (406) 434-5244
brian@leelawofficepc.com

Ross M. Good, *pro hac vice*
The Good Law Group
800 E. Northwest Hwy, Ste. 814
Palatine, IL 60074
Telephone: 847-600-9576
ross@thegoodlawgroup.com

*Attorneys for Phoenix Energy One, LLC*

Jordan W. Fitzgerald
Assistant U.S. Attorney
U.S. Attorney's Office
James V. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Telephone: (406) 247-3961
jordan.fitzgerald@usdoj.gov

*Attorneys for United States Bureau of Land Management*

Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1200
Billings, Montana 59103-0639
Telephone: 406.252.2166
BCMcClafferty@hollandhart.com

Matthew J. Salzman, *pro hac vice*
Holland & Hart LLP
2811 W. 66th Terrace
Mission Hills, KS 66208
Telephone: 913.558.1221
MJSalzman@hollandhart.com

*Attorneys for Kraken Oil & Gas, LLC and Kraken Operating, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC,

Plaintiff,

vs.

KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT,

Defendants.

Cause No. CV-25-65-BLG-TJC

**JOINT MOTION TO STAY OR, IN THE ALTERNATIVE, EXTEND SCHEDULING ORDER DEADLINES**

---

Plaintiff Phoenix Energy One, LLC f/k/a Phoenix Capital Group Holdings, LLC ("Phoenix"), United States Bureau of Land Management ("BLM"), and Defendants Kraken Oil and Gas, LLC and Kraken Operating, LLC (collectively, "Kraken") jointly move to stay this case to afford the parties time to negotiate a potential acquisition by Phoenix of certain Kraken assets because a term of the that transaction would be dismissal of this lawsuit. The parties do not wish to further burden this Court's time nor expend their own resources on this litigation now that there is a potential path for resolution of it. To the extent the Court would like, the parties can submit status reports every sixty days.

In the event that the Court declines to stay the case, in the alternative the parties move for at least a 60-day extension of all Scheduling Order deadlines. The parties' expert disclosure deadlines commence next Wednesday, September 30, 2026. Phoenix and Kraken do not want to potentially waste their resources on finalizing and submitting those reports which are likely to drive the parties farther apart, while they are trying to reach agreement on the larger transaction.

Due to the necessary sequencing of the dates in the Scheduling Order, extending one date requires extending the subsequent dates to avoid prejudice and afford the parties the intervening time to prepare for the

subsequent deadline. The parties request at a minimum that all Scheduling Order dates be extended for 60 days to afford them time to determine whether they have or are likely to reach agreement, after which they could either seek another extension or other appropriate relief from the Court.

The parties prefer to stay this case, which would result in them returning to the Court for relief only once more, either to lift the stay and proceed or to dismiss the case with prejudice. An extension, while helpful, creates the possibility that the parties will need to return to the Court in 60 days (or whatever extension the Court may grant) to seek additional time. However, the parties would appreciate whichever form of relief the Court deems appropriate.

A proposed Order is submitted herewith pursuant to L.R. 7.1(c)(3).

*/s/Adrian A. Miller*
Adrian A. Miller
Millhollin Miller Law PLLC

Brian D. Lee
LEE LAW OFFICE PC

Ross M. Good
The Good Law Group

COUNSEL FOR PLAINTIFF PHOENIX ENERGY ONE, LLC

*/s/ Jordan Fitzgerald*
Jordan Fitzgerald
United States Attorney's Office

ATTORNEYS FOR DEFENDANT UNITED STATES BUREAU OF LAND MANAGEMENT

*/s/ Brianne C. McClafferty*
Brianne C. McClafferty
Holland & Hart LLP

Matthew J. Salzman
Holland & Hart LLP

ATTORNEYS FOR DEFENDANTS KRAKEN OIL AND GAS, LLC and KRAKEN OPERATING, LLC