IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRAKEN OIL AND GAS, LLC, KRAKEN OPERATING, LLC, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Cause No. CV-25-65-BLG-TJC<br><br>**ORDER** |

Plaintiff Phoenix Energy One, LLC f/k/a Phoenix Capital Group Holdings, LLC ("Phoenix") and Defendants Kraken Oil and Gas, LLC, Kraken Operating, LLC (collectively, "Kraken") and the United States Bureau of Land Management jointly move this Court to extend the scheduling order (Doc. 39 and Doc. 85) deadlines or stay the case.

Accordingly, and in light of the representations made in the Motion regarding Kraken's and Phoenix's effort to negotiate an agreement which will include an acquisition by Phoenix of certain assets and dismissal of this lawsuit,

IT IS ORDERED that this case is stayed. The Parties shall provide a status update every 60 days from the date of this Order.

DATED this ___ day of _____________________.

_________________________________
TIMOTHY J. CAVAN
United States Magistrate Judge

39703435_v1