IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHOENIX ENERGY ONE, LLC f/k/a PHOENIX CAPITAL GROUP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KRAKEN OIL AND GAS, LLC; KRAKEN OPERATING, LLC; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | CV 25-65-BLG-TJC<br><br>**ORDER STAYING CASE** |

The parties have filed a Joint Motion to Stay or, in the Alternative, Extend Scheduling Order Deadlines. (Doc. 91.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. This action is STAYED.

IT IS FURTHER ORDERED the parties shall file a joint status report on or before December 4, 2026.

DATED this 25th day of September, 2026.

TIMOTHY J. CAVAN
United States Magistrate Judge